# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2451
_____

LEONARD SIMON JOERIS III,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


September 25, 2024


PER CURIAM.

DISMISSED. *See Gilbert v. State*, 315 So. 3d 791, 791 (Fla. 1st DCA 2021) (dismissing petition because "Florida Rule of Appellate Procedure 9.141(d) does not provide a vehicle to challenge postconviction appellate counsel's effectiveness"); *see also Hunter v. State*, 48 So. 3d 836, 1 (Fla. 2010) ("This Court has repeatedly rejected claims of ineffective assistance of postconviction counsel." (citing cases)).

B.L. THOMAS, NORDBY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Leonard Simon Joeris III, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.